**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-20576

_____

B-F INVESTMENTS and MARLA B. MATZ,

Plaintiffs-Appellants,

STEWART A. FELDMAN,

Intervenor Plaintiff-
Appellant,

VERSUS

FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,

Defendants,

FEDERAL DEPOSIT INSURANCE CORPORATION and NP2B SOUTH L.P.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(CA-H-95-4500)

_____

August 19, 1997

Before JOLLY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]


We have reviewed the briefs and have heard the arguments of

counsel and have examined pertinent portions of the record.  We

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

find no reversible error in the various ruling of the district court.  The judgment, accordingly, is AFFIRMED.